**Jaiderman Ramon Diaz DE
LEON, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–71432.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted March 6, 2012.*

Filed Oct. 19, 2012.

Saad Ahmad, Fremont, CA, for Pettitoner.

OIL, Tiffany L. Walters, Trial, DOJ–U.S. Department Of Justice, Washington, DC, Chief Counsel ICE, Office Of The Chief Counsel Department Of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Jaiderman Ramon Diaz de Leon, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence factual findings. *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006). We deny the petition for review.

Substantial evidence supports the BIA's determination that Diaz de Leon failed to establish that he was or would be persecuted on account of any protected ground. *See INS v. Elias–Zacarias,* 502 U.S. 478, 483, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992) (petitioner who refused to join guerrillas did not establish they would persecute him because of his political opinion rather than

because of his refusal to fight with them); *Zetino v. Holder,* 622 F.3d 1007, 1016 (9th Cir.2010) ("[a]n alien's desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"). Accordingly, Diaz de Leon's asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.